IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KELLY ROSBERG, | ) | |
| | ) | |
| Plaintiff, | ) | 4:13CV3151 |
| | ) | |
| V. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

A hearing was held where I heard Mrs. Rosberg. After careful consideration,

IT IS ORDERED that the motion (filing 6) to restrain or enjoin the United States of America from continuing with its criminal prosecution of Mrs. Rosberg is denied.

DATED this 4th day of September, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge